IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO M. FARRIS**   **PLAINTIFF**

**V.**   **CASE NO. 4:18-CV-165-BD**

**RUSTY PAGE,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 14th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE